J-S44038-23
Filed 10/24/2024

**IN THE SUPERIOR COURT OF PENNSYLVANIA
EASTERN DISTRICT**


| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | No. 2112 EDA 2022 |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| WILLIAM R. KRIMMEL | : | |
| | : | |
| Appellant | : | |


## **ORDER**


IT IS HEREBY ORDERED:

THAT upon consideration of the application for reargument filed September 10, 2024 in this appeal, the Court hereby grants **panel reconsideration**;

THAT the decision of this Court filed August 27, 2024, is hereby withdrawn; and

THAT the parties need not file any additional briefs.

PER CURIAM